IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:04CR202 |
| vs. ) | |
| ) | ORDER |
| LAMAR E. DUNN, ) | |
| ) | |
| Defendant. ) | |

Defendant Lamar E. Dunn (Dunn) appeared before the court on June 1, 2015, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 36). Dunn was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Meredith B. Tyrakoski. Through his counsel, Dunn waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and Dunn should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

The government moved for detention. At the time of the hearing, Dunn was in state custody and his presence was produced pursuant to a Writ of Habeas Corpus ad Prosequendum. The government's motion for detention will be held in abeyance pending Dunn coming into federal custody. Nunn waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state authorities pending his dispositional hearing in these proceedings.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:00 p.m. on July 16, 2015**. Defendant must be present in person.

2. Defendant Lamar E. Dunn is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 1st day of June, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge